■ JUNIUS J. MILLS et al. v. STEINBORO LUMBER CORP. et al.— Motion to dismiss appeal dismissed, with $10 costs. Concur — Rabin, J. P., Valente, McNally, Stevens and Eager, JJ.

■ GERALD E. STERN v. LOTTIE CARROLL.— Motion for leave to dispense with printing granted insofar as to permit the appeal to be heard on the original record used in the Appellate Term, together with one typewritten copy of the additional papers required on appeal to this court, without printing the same, and upon typewritten or mimeographed appellant's and respondent's points, on condition that the appellant serves one copy of the typewritten or mimeographed appellant's points upon the attorney for respondent, and files 6 typewritten or 19 mimeographed copies of appellant's points, together with the record on appeal with this court on or before December 31, 1960 with notice of argument for the February 1961 Term of this court, said appeal to be argued or submitted when reached. The respondent is to serve one copy of the typewritten or mimeographed respondent's points upon the attorney for the appellant and file 6 typewritten or 19 mimeographed copies of the respondent's points with this court on or before January 18, 1961. Concur — Rabin, J. P., Valente, McNally, Stevens and Eager, JJ.

■ GERTRUDE SIEGAL v. PAUL SIEGAL.— Motion to dispense with printing granted only insofar as to permit the appeal to be heard upon a typewritten record, without printing the same, but upon printed appellant's points; the appellant to serve one copy of the typewritten record upon the attorney for the respondent and file six copies thereof with this court. Concur — Rabin, J. P., Valente, McNally, Stevens and Eager, JJ.

■ In the Matter of the Arbitration between BEZOZI, INC., and BABY BONNET WORKERS UNION LOCAL 110.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Botein, P. J., Breitel, Stevens and Eager, JJ.

■ HELEN SCHAEFER v. SAUL YELLIN, as President of Amalgamated Union Local 5, et al.— Motion for leave to reargue or to appeal to the Court of Appeals denied, with $10 costs. Concur — Botein, P. J., Valente, McNally, Stevens and Eager, JJ.

■ CORHILL CORPORATION v. S. D. PLANTS, INC.— Motion for leave to reargue denied, with $10 costs. Concur — Botein, P. J., Breitel, Rabin, Valente and Eager, JJ.

■ INGVAR ROBERG et al., Copartners Doing Business as R. & N. CONSTRUCTION CO. v. EBYAN, INC., et al.— Motion for leave to reargue denied, with $10 costs. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ JAMES TALCOTT, INC., v. WINCO SALES CORPORATION.— Application granted. Concur — Rabin, J. P., McNally, Stevens and Eager, JJ.

■ EDWARD A. GRANNAS et al. v. CHARLES E. McCARTHY.— Motion for resettlement denied. Concur — Botein, P. J., Breitel, Valente, McNally and Noonan, JJ.